# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES R. STITH, II,** : | |
| : | Case No. 2:20-cv-01675 |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Vascura |
| **ANDREW SAUL, COMMISSIONER OF** : | |
| **THE SOCIAL SECURITY** : | |
| **ADMINISTRATION,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Remand to the Commissioner. (ECF No. 22). Specifically, the parties ask this Court to reverse the Commissioner's decision and remand the cause to the Commissioner for further administrative proceedings, pursuant to 42 U.S.C. § 405(g).

The Court hereby **GRANTS** the Joint Motion. The Commissioner's decision is reversed and remanded for further administrative proceedings.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: February 8, 2021**