IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHARLES R. STITH, II,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ANDREW SAUL,  )<br>COMMISSIONER OF SOCIAL  )<br>SECURITY,  )<br>  )<br>  Defendant.  ) | CASE NO. 2:20CV01675<br><br>JUDGE MARBLEY<br>MAGISTRATE JUDGE VASCURA |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $2,945.00, and no costs, for a total of $2,945.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and his counsel; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

Date:  March 23, 2021          Entered:  /s/ Algenon L. Marbley